IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )   CRIMINAL ACTION NO.
    v.                      )      2:22cr375-MHT
                            )           (WO)
BENNIE EDWARDS              )
```

### ORDER

It is ORDERED as follows:

(1) As stated in open court, defendant Bennie Edwards is to comply with a drug-abuse and mental-health treatment plan to be developed by the court.

(2) By no later than five business days before the status conference set out below, government counsel, defense counsel, and the supervising probation officer are to submit a detailed proposal for drug-abuse and mental-health treatment that fulfills the recommendations of Dr. Margaret Flanagan (Doc. 49-1). The plan should address whether, and if so, how a probation officer and/or a social worker can provide the additional support recommended by Dr. Flanagan in

light of Edwards's Borderline Intellectual Functioning diagnosis. The plan should also include, if practicable, defendant Edwards's attendance at The Phoenix House in Tuscaloosa, Alabama, as discussed in open court, or other similar service that can provide appropriate treatment.

(3) A status conference, by Zoom, is set for February 29, 2024, at 8:30 a.m., to discuss the plan described in the above paragraph.

DONE, this the 19th day of January, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**