IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:22cr375-MHT
                            )              (WO)
BENNIE EDWARDS              )
```

ORDER

In accordance with the order entered on January 19, 2024 (Doc. 60), and by agreement of the parties made during the status conference on February 29, 2024, it is ORDERED that:

(1) The court adopts the treatment plan submitted by the parties on February 22, 2024 (Doc. 62).

(2) The conditions of supervised release for defendant Bennie Edwards are modified to add that he shall successfully complete said treatment plan.

(3) The probation department is to implement said plan fully.

It is further ORDERED that another status conference, by Zoom, is set for November 4, 2024, at 8:30 a.m., to discuss how defendant Edwards is

performing on supervised release.  Three business days before the status conference, the supervising probation officer is to file a report on how defendant Edwards is performing on supervised release.

    DONE, this the 4th day of March, 2024.

                                    /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE