IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:22cr375-MHT
                            )            (WO)
BENNIE EDWARDS              )
```

ORDER

Based on the representations made on the record during the status conference on November 4, 2024, that defendant Bennie Edwards is doing well on supervised release, it is ORDERED that the court will not set any future status conferences or take any further action at this time.

DONE, this the 5th day of November, 2024.

                                        /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE