IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )     CRIMINAL ACTION NO.
     v.                       )        2:22-cr-375-MHT
                              )             (WO)
BENNIE EDWARDS                )
```

ORDER TERMINATING SUPERVISED RELEASE EARLY

This case is before the court on defendant Bennie Edwards's motion for early termination of supervised release. Defense counsel represents in this motion that neither Edwards's supervising probation officer nor the government opposes early termination.

Edwards has completed two of his five years of supervised release, during which time he has been fully compliant with the terms of supervision. He has completed the time-bound programming ordered by the court and continues to comply with the ongoing requirements of his supervised release. Edwards has also maintained full-time employment during this period. His probation officer informed his counsel that Edwards had done "exceptionally well" during his

period of supervised release.  In short, Edwards has successfully reintegrated into society and is well positioned to avoid criminal involvement in the future. For all these reasons, the court finds that the motion for early termination should be granted.

***

Accordingly, it is ORDERED that the motion for early termination of supervised release (Doc. 70) is granted; defendant Bennie Edwards's supervised release is terminated; and defendant Edwards is discharged.

DONE, this the 12th day of January, 2026.

 /s/ Myron H. Thompson 
UNITED STATES DISTRICT JUDGE

2